**FILED**

10/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0388

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| ROCK CREEK CATTLE COMPANY, Ltd. LP, | Cause No.: DA 22-0388 |
| Plaintiff/Appellant, | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION** |
| vs. | |
| POWELL COUNTY, | |
| Defendant/Appellee. | |

Appellant Rock Creek Cattle Company, Ltd. LP, having filed an *Unopposed Motion for Extension* within which to file Appellant's Opening Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion is GRANTED. Appellant's Opening Brief is due November 28, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 27 2022